IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

RODNEY A. EDMUNDSON,

    Plaintiff,

vs.

WARDEN DAN O'FALLON, GREG SCOTT PHYSICIAN ASSISTANT, and SPECTRUM MEDICAL SERVICES,

    Defendants.

CV 13-16-GF-DWM-RKS

ORDER

Plaintiff Rodney Edmundson has filed a Motion to Remove the Collection Order. (Doc. 10.) Edmundson contends that since he voluntarily dismissed his lawsuit, the prison should stop collecting funds and remove the $350.00 filing fee from his account.

Even though Edmundson voluntarily dismissed his case, he is still required to pay the filing fee. Edmundson filed his Motion to Proceed *in Forma Pauperis* on February 22, 2013 on the Court's form for doing so. (Doc. 1.) That form explained that if the Motion was granted the plaintiff would be required to pay the full filing fee in installments. (Doc. 1 at 5.) 28 U.S.C. § 1915 requires that a prisoner who brings a civil action *in forma pauperis*, pay the full amount of the filing fee.

As Plaintiff was granted leave to proceed *in forma pauperis*, he must pay the filing fee.

Accordingly, IT IS ORDERED that Plaintiff's Motion to Remove Collection Order (doc. 10) is DENIED.

DATED this 12th day of August, 2013.

Donald W. Molloy, District Judge
United States District Court